# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW ERIK HEIDERSCHEID, | Case No. 18-CV-1733 (NEB/SER) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| DEPUTY CARTIER RUSSELL, | |
| Defendant. | |

The Court has received the October 15, 2019 Report and Recommendation of United States Magistrate Judge Steven E. Rau. [ECF No. 46.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 46] is ACCEPTED;

2. Defendant Cartier Russell's Motion to Dismiss [ECF No. 35] is GRANTED; and

3. The action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 15, 2019                    BY THE COURT:

                                            s/Nancy E. Brasel
                                            Nancy E. Brasel
                                            United States District Judge